DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID E. BROWN,**
Appellant,

v.

**TINA STEELE BROWN,**
Appellee.

No. 4D18-699

[October 11, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 1992-DR-050305.

David E. Brown, Vero Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*